# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:21-cv-00142-MR

| | |
|---|---|
| SHAWN MAURICE GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SEALED ORDER** |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2].

By the instant Application, the Plaintiff seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. According to the Motion, the Plaintiff has no income, savings or assets. The Plaintiff does not identify any monthly expenses, but does state that he has a minor child who relies upon him for support. While he states that he has had multiple in-patient psychiatric admissions and "does not have the means to pay his filing fee" [Doc. 2 at 5], the Plaintiff does not identify how he is able to provide for any his or his minor child's living expenses.

Based on the Plaintiff's representations, the Court is unable to determine whether the Plaintiff has sufficient resources from which to pay the filing fee for this action. Consequently, the Plaintiff's Application is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiff shall file an Amended Application within thirty (30) days of entry of this Order. **Failure to file an Amended Application within the time required will result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Signed: September 30, 2021

Martin Reidinger
Chief United States District Judge