IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:21-cv-00142-MR

| | |
|---|---|
| SHAWN MAURICE GREGORY, ) ) Plaintiff, ) ) vs. ) ) KILOLO KIJAKAZI, Acting ) Commissioner of Social Security, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant's Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g). [Doc. 10].

Upon careful review of the Defendant's Motion, and for good cause shown, the Court concludes that remand pursuant to sentence six of 42 U.S.C. § 405(g) is appropriate. See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Remand [Doc. 10] is **GRANTED**, and this matter is hereby **REMANDED** to the Commissioner of Social Security for further proceedings.

Signed: January 19, 2022

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge